IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

NOV - 1 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| Plaintiff, } | Criminal Action |
| } | |
| v. } | Case No. 12-M-6213-01- KMH |
| } | |
| MARCUS C. HICKS, } | |
| } | |
| Defendant. } | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about October 30, 2012, in the District of Kansas, the defendant,

**MARCUS C. HICKS,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute more than five (5) grams of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code § 841 and Title 18, United States Code § 2.

### COUNT 2

On or about October 30, 2012, in the District of Kansas, the defendant,

**MARCUS C. HICKS,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute more than one

hundred (100) grams of a mixture or substance containing a detectable amount of Heroin, a controlled substance.

In violation of Title 21, United States Code § 841 and Title 18, United States Code § 2.

I further state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) and that this Complaint is based upon the following facts:

See attached affidavit which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:

    __X__ Yes     _____ No

                                                      AARON J. TABING
                                                      DEA Task Force Officer

Subscribed and sworn to before me this 1st day of November, 2012 at Wichita, Kansas.

                                                      KAREN HUMPHREYS
                                                      Chief U.S. Magistrate Judge

## AFFIDAVIT

Aaron J. Tabing, having been duly sworn, states the following:

1. I am currently a Detective with the Haysville Police Department and have been so employed for the last 12 years. I am currently assigned to the Drug Enforcement Administration (DEA), Wichita Resident Office (WRO), State and Local Task Force as a Task Force Officer and have been in this assignment for the last 4 years. Prior to the start of my law enforcement career I received an Associate's degree in Criminal Justice.

2. I have received courses of instruction from the Kansas Law Enforcement Training Center and from the DEA relating to investigative techniques and the conducting of narcotics investigations. I have participated in and have conducted investigations which have resulted in the arrests of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. During my tenure in law enforcement, I have participated in numerous investigations into the transportation, possession, manufacture, and distribution of controlled substances; and the associated conspiracies. Many of these investigations have resulted in the arrest and conviction of multiple defendants for state and federal drug trafficking violations. I have debriefed confidential sources regarding drug activities and conducted physical, wire and electronic surveillance of persons involved in drug trafficking. Through my training and experience I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs.

3. I also have training and personal experience in the authorized interception and monitoring of wire and electronic communications related to drug trafficking. As such, I have become familiar with the many methods and modes drug traffickers use to

communicate about their illegal activities to include the use of cellular telephones with voice and text capabilities. For instance, cellular telephones are frequently used by drug traffickers to verbally and textually communicate various types of information with organization members, such as: (a) telephone numbers of co-conspirators; (b) the identities of co-conspirators involved in the drug trafficking enterprise; (c) locations of meetings with co-conspirators; (d) prices and quantities of controlled substances; and (e) alerts or warnings of the presence of law enforcement. Based on reports and information reviewed during this investigation from Special Agent Erik Brown and others, I believe the following to be true:

4. On October 30, 2012, at approximately 10:30 p.m., Kansas Highway Patrol (KHP) Trooper Cody Parr initiated a vehicle stop for a traffic violation on California registration 6XLM500 east bound on US54 at mile marker 6 in Liberal, Seward County, Kansas, in the District of Kansas. The vehicle registration indicated that the vehicle was a rental car registered to PV Holding Corporation, 5740 Arbor Vitae, Los Angeles, California.

5. The driver of the vehicle was identified as Marcus Christian HICKS via a California Driver License. Trooper Parr noted that upon initial contact, HICKS' leg was shaking and the vehicle contained discarded food wrappers and other trash having a lived-in appearance. A review of the rental contract determined that the vehicle was rented from Avis at 3450 East Airport Drive #500 in Ontario, California. Furthermore, the vehicle was rented by HICKS on October 29, 2012 at 2:38 p.m. and was to be returned to Avis in St. Louis, Missouri, on November 1, 2012 at 10:00 a.m.

6. Trooper Parr issue HICKS a written warning and returned all documents. Trooper Parr then began to walk away from HICKS at which point HICKS re-contacted Trooper Parr

asking for directions to Interstate 70.

7. Trooper Parr asked HICKS for consent to search the vehicle. Trooper Parr was granted consent to search the vehicle from HICKS. Trooper Parr smelled the odor of marijuana in the rear cargo hatch area of the vehicle. Trooper Parr advised HICKS that he could smell the odor of marijuana. HICKS then removed a package containing marijuana cigarettes from his suitcase which was located in the rear cargo area of the sport utility vehicle (SUV) and gave the item to Trooper Parr.

8. Trooper Parr continued the search of the vehicle and located two (2) gift wrapped packages in the same rear cargo area of the SUV. Tyrone (Oklahoma) Police Department Officer Jerry Schroder and his canine (K-9) partner Diego were requested to the scene. Officer Schroder noted that Diego gave a positive indication/alert on the gift wrapped packages.

9. A search of the packages which HICKS was in possession two (2) plastic Tupperware style containers with approximately 907 grams of a crystal substance which Trooper Parr field tested and received a positive indication for methamphetamine, packages with approximately 793 grams of a black tar like substance which Trooper Parr field tested and received a positive indication for heroin, and a package of approximately five (5) pounds lbs. of a green leafy substance wrapped in a green cellophane wrapping material which Trooper Parr recognized and identified as marijuana based on his training and experience.

10. Trooper Parr contacted the DEA Garden City Resident Office (GCRO) who responded to Liberal, Kansas, to assist in the investigation. Trooper Parr issued HICKS his Miranda warnings prior to Agents arrival. HICKS agreed to speak with Agents of the DEA

GCRO and advised that he understood his rights. HICKS provided Agents with vague and conflicting origination and destination information as it related to his trip. However, HICKS did advise Agents that he was being paid $1,000 to transport what he believed to be marijuana to St. Louis, Missouri.

11. Based on the information set forth in this affidavit, Affiant prays that an arrest warrant be issued for Marcus Christian HICKS for the following:

- Possession with Intent to Distribute approximately 907 grams of crystal methamphetamine, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

- Possession with Intent to Distribute approximately 793 grams of heroin, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FURTHER AFFIANT SAITH NOT.

Aaron J. Tabing
Task Force Officer, DEA

SUBSCRIBED TO AND SWORN before me this 1st day of November, 2012.

Karen M. Humphreys
Chief U.S. Magistrate Judge
District of Kansas